FILED
CHARLOTTE, N. C.

APR 2 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06 CR 98-C

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | BILL OF INFORMATION |
| ) | |
| v. ) | Violation: |
| ) | 18 U.S.C. § 2319(b)(1) |
| ) | 17 U.S.C. § 506(a)(1)(A) |
| ) | |
| MATTHEW ALDERMAN ) | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE : Copyright Infringement

From on or about January 1, 2005, through June 29, 2005, both dates being approximate and inclusive, in Mecklenburg County, in the Western District of North Carolina, and elsewhere, the defendant, **MATTHEW ALDERMAN**, willfully, and for purposes of private financial gain, did infringe a copyright by the reproduction and distribution, during a 180-day period, of at least ten (10) copies of one (1) or more copyrighted works which have a total retail value of more than $2,500.

All in violation of Title 18, United States Code, Sections 2319(a) and (b)(1), and 2, and Title 17, United States Code, Section 506(a)(1)(A).

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

*/s/ Corey F. Ellis*
COREY F. ELLIS
Assistant United States Attorney

The undersigned asserts, under oath, that there is probable cause to believe that the crime alleged in the foregoing Bill of Information was committed by Matthew Alderman.

*/s/ Corey F. Ellis*
COREY F. ELLIS
Assistant United States Attorney