AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA
v.

Matthew Alderman

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: 3:06CR98-C

(Name and Address of Defendant)
Matthew Alderman
c/o Attorney Daphne L. Pattison
JP Morgan Chase Tower
600 Travis Street, Suite 7070
Houston, TX 77002
800-870-0828

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | United States Courthouse<br>401 West Trade Street<br>Charlotte, North Carolina 28202 | Room **Magistrate Courtroom** |
|---|---|---|
| Before: | , United States Magistrate Judge | Date and Time<br>5/30/06 @ 10:45 |

To answer a(n)

[ ] Indictment   [X] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice

[ ] Probation Violation Petition

Charging you with Title __18__ United States Code, Section(s) _2319 & 371_ and Title __17__ United States Code, Section(s) _506_

Brief description of offense

criminal infringement of a copyright
conspiracy to commit offense

_____          _____AT CHARLOTTE_____
Signature of Issuing Officer                          Date

FRANK G. JOHNS, Clerk of Court
Name and Title of Issuing Officer